

## NUMBER 13-13-00066-CR

# COURT OF APPEALS

# THIRTEEN DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

ERIC ROEL JIMINEZ,                                                                    **Appellant,**

**v.**

THE STATE OF TEXAS,                                                                  **Appellee**.

### On appeal from the 357th District Court
### of Cameron County, Texas.

# ORDER OF ABATEMENT

**Before Chief Justice Valdez and Justices Benavides and Longoria**
**Order Per Curiam**

Appellant, Eric Roel Jimenez, challenges his conviction for driving while intoxicated. Upon suggestion of death of appellant's retained attorney, Richard R. Rodriguez, we now ABATE this appeal.

Accordingly, the appeal is abated to provide appellant with the opportunity to seek new counsel. This appeal is ordered ABATED until February 26, 2014.

Appellant is directed to notify the Court, on or before February 26, 2014, if he has retained new counsel by filing a notice including that attorney's name, mailing address, telephone number, facsimile number, and State Bar of Texas identification number. *See generally* TEX. R. APP. P. 6. If appellant believes he is indigent and entitled to appointed counsel, appellant is directed to notify the Court on or before February 26, 2014.

It is so ORDERED.

PER CURIAM

Do Not Publish.
TEX. R. APP. P. 47.2(b).


Delivered and filed the
27th day of January, 2014.

2